**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-28148 |
| | § | |
| WINTERS & SONS HVAC, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/31/2009.  The undersigned trustee was appointed on 07/31/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,163.19

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $7.31 |
    | Bank service fees | $16.12 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $8,139.76 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/15/2009 and the deadline for filing government claims was 12/15/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,566.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,566.32, for a total compensation of $1,566.32[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/14/2011                    By:    /s/ Horace Fox, Jr.
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| | |
|---|---|
| Case No.: | 09-28148 |
| Case Name: | WINTERS & SONS HVAC, INC. |
| For the Period Ending: | 10/14/2011 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 07/31/2009 (f) |
| §341(a) Meeting Date: | 09/09/2009 |
| Claims Bar Date: | 12/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   Checking account at LaSalle Bank (overdrawn) | $0.00 | $0.00 | DA | $0.00 | FA |
| 2   Security deposit with landlord (lease in default) | $0.00 | $0.00 | DA | $0.00 | FA |
| 3   Security deposit with Union Local 73 Held at Amalgamated Bank of Chicago acct #1972216009 | $8,000.00 | $8,000.00 | | $8,157.04 | FA |
| **Asset Notes:**   Determine which branch. This is an escrow account in lieu of a bond, to protect against, failure to pay employee benefits. | | | | | |
| 4   Trade accounts receivable | $0.00 | $0.00 | DA | $0.00 | FA |
| 5   Misc. office equipment | $1,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   LaSalle Bank has lien against tools, supplies and office supplies. | | | | | |
| 6   Misc. tools and supplies | $1,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**   LaSalle Bank has lien against tools and supplies. | | | | | |
| INT   Interest Earned   **(u)** | Unknown | Unknown | | $6.15 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

                 $11,000.00          $8,000.00                       $8,163.19          $0.00

**Major Activities affecting case closing:**

Security deposit at Amalgamated Bank only potential asset. Have requested branch and details. Got name of new attorneys for escrow fund at Amalgamated. Asked Mr. de 'Medici to make demand for turnover.

Call Gregorio & Assoc., Carl Masters, 2-263-2343 re: proceeds of escrow acct.
Bank to cut check w/i 3 days.
Got check. Claims need to be objected to. Hire accountant.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit A

| Case No.: | 09-28148 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WINTERS & SONS HVAC, INC. | | | Date Filed (f) or Converted (c): | 07/31/2009 (f) |
| For the Period Ending: | 10/14/2011 | | | §341(a) Meeting Date: | 09/09/2009 |
| | | | | Claims Bar Date: | 12/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Don't need taxes.  5.29.10
10.05.10
Asked de 'Medici to file claim objections.  Have drafted motion to value claim 1 (secured) at zero.  Boa claim is a duplicate.

Sent a letter of direction to Amalgamated Bank to pay funds to me as trustee.  1.14.10

Examined claims, discussed with counsel, only BOA and
M & T claim need attention.


11.18.10  BOA claim resolved with amended claim being filed.  Must file objection to M & T claim.
Examine claim 10 unsecured priority, priority and secured.  1.25.2011
Do no lawyer fees final report.  6.2.11
Motion to Modify claim # 1 on 8/25/2011 @ 10:00 Jusge Hollis.


| **Initial Projected Date Of Final Report (TFR):** | 06/30/2010 | **Current Projected Date Of Final Report (TFR):** | 09/30/2011 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 09-28148 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | WINTERS & SONS HVAC, INC. | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1010 | | | **Checking Acct #:** | 1702092814801 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | DDA |
| **For Period Beginning:** | 7/31/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/14/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $8,155.88 | | $8,155.88 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.97 | $8,152.91 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.15 | $8,139.76 |

|  |  |  |
|---|---:|---:|
| **TOTALS:** | $8,155.88 | $16.12 | $8,139.76 |
| **Less: Bank transfers/CDs** | $8,155.88 | $0.00 | |
| **Subtotal** | $0.00 | $16.12 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $16.12 | |

| **For the period of 7/31/2009 to 10/14/2011** | | **For the entire history of the account between 07/25/2011 to 10/14/2011** | |
|---|---:|---|---:|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,155.88 | Total Internal/Transfer Receipts: | $8,155.88 |
| | | | |
| Total Compensable Disbursements: | $16.12 | Total Compensable Disbursements: | $16.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.12 | Total Comp/Non Comp Disbursements: | $16.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS & SONS HVAC, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | Checking Acct #: | 7117098148 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******8148 | Transfer For Bond Payment | 9999-000 | $7.31 | | $7.31 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $7.31 | $0.00 |
| | | | **TOTALS:** | | $7.31 | $7.31 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7.31 | $0.00 | |
| | | | Subtotal | | $0.00 | $7.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $7.31 | |

| For the period of 7/31/2009 to 10/14/2011 | | For the entire history of the account between 02/18/2011 to 10/14/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7.31 | Total Internal/Transfer Receipts: | $7.31 |
| | | | |
| Total Compensable Disbursements: | $7.31 | Total Compensable Disbursements: | $7.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.31 | Total Comp/Non Comp Disbursements: | $7.31 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS & SONS HVAC, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | Money Market Acct #: | 8117098148 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2010 | (3) | Amalgamated Bank | security deposit with union local 73 | 1129-000 | $8,157.04 | | $8,157.04 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.07 | | $8,157.11 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.31 | | $8,157.42 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.35 | | $8,157.77 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.34 | | $8,158.11 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.35 | | $8,158.46 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.34 | | $8,158.80 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.35 | | $8,159.15 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.35 | | $8,159.50 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.34 | | $8,159.84 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.35 | | $8,160.19 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.34 | | $8,160.53 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.35 | | $8,160.88 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.35 | | $8,161.23 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.31 | | $8,161.54 |
| 03/02/2011 | | Transfer To # ******8148 | Transfer For Bond Payment | 9999-000 | | $7.31 | $8,154.23 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.35 | | $8,154.58 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.34 | | $8,154.92 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.35 | | $8,155.27 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.34 | | $8,155.61 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.27 | | $8,155.88 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $8,155.88 | $0.00 |

| | | | | **SUBTOTALS** | $8,163.19 | $8,163.19 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS & SONS HVAC, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | Money Market Acct #: | 8117098148 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $8,163.19 | $8,163.19 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,163.19 | |
| | | | **Subtotal** | | $8,163.19 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8,163.19 | $0.00 | |

**For the period of  7/31/2009 to 10/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $8,163.19 |

**For the entire history of the account between 01/22/2010 to 10/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $8,163.19 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS & SONS HVAC, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | Money Market Acct #: | 8117098148 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $8,163.19 | $23.43 | $8,139.76 |

**For the period of 7/31/2009 to 10/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $8,163.19 |
| | |
| Total Compensable Disbursements: | $23.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23.43 |
| Total Internal/Transfer Disbursements: | $8,163.19 |

**For the entire history of the case between 07/31/2009 to 10/14/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $8,163.19 |
| | |
| Total Compensable Disbursements: | $23.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23.43 |
| Total Internal/Transfer Disbursements: | $8,163.19 |

| Case No.: | 09-28148 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WINTERS & SONS HVAC, INC. | | | Date: | 10/14/2011 |
| Claims Bar Date: | 12/15/2009 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX TRUSTEE 6 East Monroe #1004 Chicago IL 60603 | 08/25/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,566.32 | $1,566.32 | $0.00 | $0.00 | $0.00 | $1,566.32 |
| 1 | MT&T 1100 Wehrie Drive Williamville NY 14221 | 08/13/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.50 | $0.50 | $0.00 | $0.00 | $0.00 | $0.50 |
| 1a | MT&T 1100 Wehrie Drive Williamville NY 14221 | 08/13/2009 | Personal Prop & Intang - Consensual | Disallowed | 4210-000 | $0.00 | $32,852.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Secured claim disallowed and valued at "0" for purposes of 11/leased auto die machine mtn to value sec claim at zero set 8.25.11

| 3 | BANK OF AMERICA Attn: Shannon Foster 101 N Tryon St Charlotte NC 282550001 | 08/31/2009 | Claims of Governmental Units - 507( | Allowed | 7100-000 | $0.00 | $100,011.81 | $100,011.81 | $0.00 | $0.00 | $0.00 | $100,011.81 |

**Claim Notes:** obj not necessary, called priority and non priority in claim. No loan docs attached. Cred BOA amended to unsecured non priority 6.22.10

| 4 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 09/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $333.91 | $333.91 | $0.00 | $0.00 | $0.00 | $333.91 |
| 4a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 09/30/2009 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $3,711.68 | $3,711.68 | $0.00 | $0.00 | $0.00 | $3,711.68 |
| 5 | BOT OF THE CHICAGO AREA MECHANICAL CONTRACTING IND c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago IL 60606 | 09/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $59.64 | $59.64 | $0.00 | $0.00 | $0.00 | $59.64 |

**Claim Notes:** (5-1) Unpaid contributions to Taft-Hartley benefit fund.

# CLAIM ANALYSIS REPORT

| Case No.: | 09-28148 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WINTERS & SONS HVAC, INC. | | | | | | | Date: | 10/14/2011 |
| Claims Bar Date: | 12/15/2009 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | BOT OF THE PIPE FITTERS' TRAINING FUND, LOCAL 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago IL 60606 | 09/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $234.09 | $234.09 | $0.00 | $0.00 | $0.00 | $234.09 |
| **Claim Notes:** | (6-1) Unpaid contributions to Taft-Hartley benefit fund. | | | | | | | | | | | |
| 7 | BOT OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 59 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago IL 60606 | 09/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,665.30 | $1,665.30 | $0.00 | $0.00 | $0.00 | $1,665.30 |
| **Claim Notes:** | (7-1) Unpaid contributions to Taft-Hartley benefit fund. | | | | | | | | | | | |
| 8 | BOT OF THE PIPE FITTERS' WELFARE FUND, LOCAL 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago IL 60606 | 09/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,859.64 | $1,859.64 | $0.00 | $0.00 | $0.00 | $1,859.64 |
| **Claim Notes:** | (8-1) Unpaid contributions to Taft-Hartley benefit fund. | | | | | | | | | | | |
| 9 | PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago IL 60606 | 09/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $42.61 | $42.61 | $0.00 | $0.00 | $0.00 | $42.61 |
| **Claim Notes:** | (9-1) Unpaid wage check-offs. | | | | | | | | | | | |
| 10 | DISTRICT COUNSEL 200 W. Adams Chicago IL 60604 | 10/16/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,200.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 |
| 10a | DISTRICT COUNSEL 200 W. Adams Chicago IL 60604 | 10/16/2009 | Real Estate - Consensual Liens | Allowed | 4120-000 | $0.00 | $43,167.48 | $43,167.48 | $0.00 | $0.00 | $0.00 | $43,167.48 |

# CLAIM ANALYSIS REPORT

| **Case No.** | 09-28148 | | | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WINTERS & SONS HVAC, INC. | | | | | **Date:** | 10/14/2011 |
| **Claims Bar Date:** | 12/15/2009 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10b | DISTRICT COUNSEL  200 W. Adams  Chicago IL 60604 | 10/16/2009 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |

**Claim Notes:** IRS, 43.167.48 secured r/e and auto, $300.00 unsecured priority and 1200.00 general unsecured non priority.

| | | | | | | $187,005.95 | $154,152.98 | $0.00 | $0.00 | $0.00 | $154,152.98 |

CLAIM ANALYSIS REPORT

Page No: 4      Exhibit C

| Case No.        | 09-28148                  | Trustee Name: | Horace Fox, Jr. |
|-----------------|---------------------------|---------------|-----------------|
| Case Name:      | WINTERS & SONS HVAC, INC. | Date:         | 10/14/2011      |
| Claims Bar Date:| 12/15/2009                |               |                 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507( | $104,023.49 | $104,023.49 | $0.00 | $0.00 | $0.00 | $104,023.49 |
| General Unsecured 726(a)(2) | $5,395.69 | $5,395.69 | $0.00 | $0.00 | $0.00 | $5,395.69 |
| Personal Prop & Intang - Consensual | $32,852.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Estate - Consensual Liens | $43,167.48 | $43,167.48 | $0.00 | $0.00 | $0.00 | $43,167.48 |
| Trustee Compensation | $1,566.32 | $1,566.32 | $0.00 | $0.00 | $0.00 | $1,566.32 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-28148
Case Name: WINTERS & SONS HVAC, INC.
Trustee Name: Horace Fox, Jr.

Balance on hand: $8,139.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | District Counsel | $43,167.48 | $43,167.48 | $0.00 | $6,573.44 |

Total to be paid to secured creditors: $6,573.44
Remaining balance: $1,566.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox Trustee, Trustee Fees | $1,566.32 | $0.00 | $1,566.32 |

Total to be paid for chapter 7 administrative expenses: $1,566.32
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,011.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Payment |
|---|---|---|---|---|

|     |                               |           | Date   |        |
|-----|-------------------------------|-----------|--------|--------|
| 4a  | Illinois Department of Revenue | $3,711.68 | $0.00  | $0.00  |
| 10b | District Counsel              | $300.00   | $0.00  | $0.00  |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $105,407.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|-----------|----------|-----------------------|--------------------------|-----------------|
| 1 | MT&T | $0.50 | $0.00 | $0.00 |
| 3 | Bank of America | $100,011.81 | $0.00 | $0.00 |
| 4 | Illinois Department of Revenue | $333.91 | $0.00 | $0.00 |
| 5 | BOT of the Chicago Area Mechanical Contracting Ind | $59.64 | $0.00 | $0.00 |
| 6 | BOT of the Pipe Fitters' Training Fund, Local 597 | $234.09 | $0.00 | $0.00 |
| 7 | BOT of the Pipe Fitters' Retirement Fund, Local 59 | $1,665.30 | $0.00 | $0.00 |
| 8 | BOT of the Pipe Fitters' Welfare Fund, Local 597 | $1,859.64 | $0.00 | $0.00 |
| 9 | Pipe Fitters' Association, Local 597 U.A. | $42.61 | $0.00 | $0.00 |
| 10 | District Counsel | $1,200.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |