**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-28148 |
| | § | |
| WINTERS & SONS HVAC, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 11/8/2011, in Courtroom 644 , United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/21/2011           By:  /s/ Horace Fox, Jr.
                                                                            (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-28148 |
| | § | |
| WINTERS & SONS HVAC, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $8,163.19
*and approved disbursements of*     $23.43
*leaving a balance on hand of[1]:*     $8,139.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 10 | District Counsel | $43,167.48 | $43,167.48 | $0.00 | $6,573.44 |

Total to be paid to secured creditors:     $6,573.44
Remaining balance:     $1,566.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox Trustee, Trustee Fees | $1,566.32 | $0.00 | $1,566.32 |

Total to be paid for chapter 7 administrative expenses:     $1,566.32
Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,011.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4a | Illinois Department of Revenue | $3,711.68 | $0.00 | $0.00 |
| 10b | District Counsel | $300.00 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $105,407.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | MT&T | $0.50 | $0.00 | $0.00 |
| 3 | Bank of America | $100,011.81 | $0.00 | $0.00 |
| 4 | Illinois Department of Revenue | $333.91 | $0.00 | $0.00 |
| 5 | BOT of the Chicago Area Mechanical Contracting Ind | $59.64 | $0.00 | $0.00 |
| 6 | BOT of the Pipe Fitters' Training Fund, Local 597 | $234.09 | $0.00 | $0.00 |
| 7 | BOT of the Pipe Fitters' Retirement Fund, Local 59 | $1,665.30 | $0.00 | $0.00 |
| 8 | BOT of the Pipe Fitters' Welfare | $1,859.64 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |   |   |   |
|---|---|---:|---:|---:|
|   | Fund, Local 597 |   |   |   |
| 9 | Pipe Fitters' Association, Local 597 U.A. | $42.61 | $0.00 | $0.00 |
| 10 | District Counsel | $1,200.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST-Form 101-7-NFR (5/1/2011)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-28148-PSH
Winters & Sons HVAC, Inc.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen                Page 1 of 2           Date Rcvd: Oct 24, 2011
                              Form ID: pdf006             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2011.
```
db         +Winters & Sons HVAC, Inc.,    1432 East Davis Street,   Arlington Heights, IL 60005-2807
14260892   +Able Supply,   2501 N Central,   Chicago, IL 60693-0001
14520656   +BOT of the Chicago Area Mechanical Contracting Ind,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
14520653   +BOT of the Pipe Fitters' Retirement Fund, Local 59,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
14520655   +BOT of the Pipe Fitters' Training Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
14520654   +BOT of the Pipe Fitters' Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
14398801   +Bank of America,   Attn: Shannon Foster,   101 N Tryon St,   Charlotte, NC 28246-0100
14260893   +Capital One,   POB 6492,   Carol Stream, IL 60197-6492
14260895   +Cintas,   1201 W. St Charles Rd,   Maywood, IL 60153-1320
14260898    D. Patrick Mullarkey,   Tax Division DOJ, P.O. Box 55,   Ben Franklin Station,
             Washington, DC 20044
14260900   +District Counsel,   200 W. Adams,   Chicago, IL 60606-5231
14260902   +EWS Welding Supply, Inc.,   1161 McCabe,   Elk Grove Village, IL 60007-4819
14260905   +HILTI,   P.O. Box 382002,   Pittsburgh, PA 15250-8002
14260901  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  District Director IRS,    230 S Dearborn,   Chicago, IL 60604)
14260909  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   Kansas City, MO 64999)
14260910  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   Mail Stop 5010 CHI,   230 S. Dearborn St,
             Chicago, IL 60604)
14260906   +Ice Mountain,   P.O. Box 856680,   Louisville, KY 40285-6680
14260907   +Illinois Department of Employment,   33 S. State, 9th Floor,   Chicago, IL 60603-2806
14336933   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14516304    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL  60664-0338
14260908   +Illinois Department of Revenue,   100 W Randolph 7th Floor,   Bankruptcy Unit,
             Chicago, IL 60601-3290
14260911   +J.P. Larsen,   P.O. Box 2597,   Bridgeview, IL 60455-6597
14260912   +Jacqueline M. Winters-Manola,   3304 Owl Dr,   Rolling Meadows, IL 60008-2415
14260913   +John Winters,   2706 St. James,   Rolling Meadows, IL 60008-1562
14260914   +LaSalle Bank,   135 S LaSalle St,   Business Banking Loan Center,   Chicago, IL 60603-4514
14317657   +MT&T,   1100 Wehrie Drive,   Williamsville, NY 14221-7748
14260916   +Michele Winters,   2706 St. James St.,   Rolling Meadows, IL 60008-1562
14520657   +Pipe Fitters' Association, Local 597 U.A.,   c/o Johnson & Krol, LLC,
             300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
14260917   +Pipefitters Local 597,   P.O. Box 94455,   Chicago, IL 60690-4455
14260919   +RDFX Trust,   1430 East Davis,   Arlington Heights, IL 60005-2807
14260920   +Sheet Metal Workers 73 Internationa,   P.O. Box 79321,   Baltimore, MD 21279-0321
14260921   +Sheet Metal Workers Local 73,   4550 Roosevelt Rd,   Hillside, IL 60162-2053
14260923   +T-2 Automotive,   631 W Colfax,   Palatine, IL 60067-2340
14260894  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  Cardmember Service,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
14260924   +United States Attorney,   219 S. Dearborn St.,   Chicago, IL 60604-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14260899    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2011 03:55:36     Discover,   POB 15316,
             Wilmington, DE 19850-5316
14260904    E-mail/Text: SCD_BankruptcyNotices@Grainger.com Oct 25 2011 01:36:37     Grainger,
             7300 N. Melvina AVe.,   Niles, IL 60714-3998
14260903    E-mail/Text: SCD_BankruptcyNotices@Grainger.com Oct 25 2011 01:36:38     Grainger,
             Dept. 856885603,   Palatine, IL 60038-0001
14260896    E-mail/Text: camanagement@mandtbank.com Oct 25 2011 01:32:36     Court Square Leasing Corp,
             14 Great Valley Parkway,   Suite 100,   Malvern, PA 19355-1351
14260897    E-mail/Text: camanagement@mandtbank.com Oct 25 2011 01:32:36     Court Square Leasing Corp,
             P.O. Box 767,   Buffalo, NY 14240
14260915    E-mail/Text: camanagement@mandtbank.com Oct 25 2011 01:32:36     M&T Bank,   P.O. Box 767,
             Buffalo, NY 14240
14260918    E-mail/Text: bankruptcy@pb.com Oct 25 2011 01:33:43     Pitney Bowes Inc.,   P.O. Box 856390,
             Louisville, KY 40285-6390
                                                                                              TOTAL: 7
```

Case 09-28148   Doc 22   Filed 10/24/11   Entered 10/26/11 23:25:53   Desc Imaged
Certificate of Service   Page 7 of 7

```
District/off: 0752-1          User: rgreen                Page 2 of 2                   Date Rcvd: Oct 24, 2011
                              Form ID: pdf006             Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14260922      Stamps.com,   Dept 0398,   P.O. Box 120398
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2011**                    **Signature:**    _Joseph Speetjens_