**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-28148 |
| | § | |
| WINTERS & SONS HVAC, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,000.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,573.44 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,589.75 | | |

3)    Total gross receipts of $8,163.19 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,163.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $100,000.00 | $43,167.48 | $43,167.48 | $6,573.44 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,589.75 | $1,589.75 | $1,589.75 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $42,000.00 | $4,011.68 | $4,011.68 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $297,607.14 | $138,260.47 | $105,407.50 | $0.00 |
| **Total Disbursements** | $439,607.14 | $187,029.38 | $154,176.41 | $8,163.19 |

4). This case was originally filed under chapter 7 on 07/31/2009. The case was pending for 44 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2013         By:   /s/ Horace Fox, Jr.
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Security deposit with Union Local 73 Held at Amalgamated Bank of Chicago acct #1972216009 | 1129-000 | $8,157.04 |
| Interest Earned | 1270-000 | $6.15 |
| **TOTAL GROSS RECEIPTS** | | **$8,163.19** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10a | District Counsel | 4120-000 | NA | $43,167.48 | $43,167.48 | $6,573.44 |
| | LaSalle Bank | 4110-000 | $100,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$100,000.00** | **$43,167.48** | **$43,167.48** | **$6,573.44** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox Trustee, Trustee | 2100-000 | NA | $1,566.32 | $1,566.32 | $1,566.32 |
| International Sureties, Ltd. | 2300-000 | NA | $7.31 | $7.31 | $7.31 |
| Green Bank | 2600-000 | NA | $16.12 | $16.12 | $16.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,589.75** | **$1,589.75** | **$1,589.75** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Illinois Department of Revenue | 5800-000 | $0.00 | $3,711.68 | $3,711.68 | $0.00 |
| 10b | District Counsel | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| | D. Patrick | 5800-000 | $0.00 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | Mullarkey | | | | | |
|---|---|---|---|---|---|---|
| | District Director IRS | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $42,000.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Michele Winters | 5800-000 | $0.00 | NA | NA | $0.00 |
| | United States Attorney | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $42,000.00 | $4,011.68 | $4,011.68 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MT&T | 7100-000 | NA | $0.50 | $0.50 | $0.00 |
| 1a | MT&T | 7100-000 | $32,684.96 | $32,852.97 | $0.00 | $0.00 |
| 3 | Bank of America | 7100-000 | NA | $100,011.81 | $100,011.81 | $0.00 |
| 4 | Illinois Department of Revenue | 7100-000 | NA | $333.91 | $333.91 | $0.00 |
| 5 | BOT of the Chicago Area Mechanical Contracting Ind | 7100-000 | NA | $59.64 | $59.64 | $0.00 |
| 6 | BOT of the Pipe Fitters' Training Fund, Local 597 | 7100-000 | NA | $234.09 | $234.09 | $0.00 |
| 7 | BOT of the Pipe Fitters' Retirement Fund, Local 59 | 7100-000 | NA | $1,665.30 | $1,665.30 | $0.00 |
| 8 | BOT of the Pipe Fitters' Welfare Fund, Local 597 | 7100-000 | $5,860.88 | $1,859.64 | $1,859.64 | $0.00 |
| 9 | Pipe Fitters' Association, Local 597 U.A. | 7100-000 | NA | $42.61 | $42.61 | $0.00 |
| 10 | District Counsel | 7100-000 | NA | $1,200.00 | $1,200.00 | $0.00 |
| | Able Supply | 7100-000 | $19,477.43 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $1,204.28 | NA | NA | $0.00 |
| | Cardmember Service | 7100-000 | $5,141.68 | NA | NA | $0.00 |
| | Cintas | 7100-000 | $549.80 | NA | NA | $0.00 |
| | Court Square Leasing Corp | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | Court Square Leasing Corp | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Discover | 7100-000 | $0.00 | NA | NA | $0.00 |
| EWS Welding Supply, Inc. | 7100-000 | $104.87 | NA | NA | $0.00 |
| Grainger | 7100-000 | $4,968.29 | NA | NA | $0.00 |
| Grainger | 7100-000 | $0.00 | NA | NA | $0.00 |
| HILTI | 7100-000 | $565.80 | NA | NA | $0.00 |
| Ice Mountain | 7100-000 | $84.00 | NA | NA | $0.00 |
| J.P. Larsen | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| John Winters | 7100-000 | $128,801.43 | NA | NA | $0.00 |
| Pitney Bowes Inc. | 7100-000 | $752.41 | NA | NA | $0.00 |
| RDFX Trust | 7100-000 | $43,690.59 | NA | NA | $0.00 |
| Sheet Metal Workers 73 Internationa | 7100-000 | $118.52 | NA | NA | $0.00 |
| Sheet Metal Workers Local 73 | 7100-000 | $0.00 | NA | NA | $0.00 |
| Stamps.com | 7100-000 | $179.91 | NA | NA | $0.00 |
| T-2 Automotive | 7100-000 | $922.29 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $297,607.14 | $138,260.47 | $105,407.50 | $0.00 |

Case 09-28148 Doc 29 Filed 04/05/13 Entered 04/05/13 15:38:30 Desc Main
Document Page 6 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 09-28148 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WINTERS %26 SONS HVAC, INC. | Date Filed (f) or Converted (c): | 07/31/2009 (f) |
| For the Period Ending: | 3/29/2013 | §341(a) Meeting Date: | 09/09/2009 |
| | | Claims Bar Date: | 12/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account at LaSalle Bank (overdrawn) | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Security deposit with landlord (lease in default) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Security deposit with Union Local 73 Held at Amalgamated Bank of Chicago acct #1972216009 | $8,000.00 | $8,000.00 | | $8,157.04 | FA |
| Asset Notes: | Determine which branch. This is an escrow account in lieu of a bond, to protect against, failure to pay employee benefits. | | | | | |
| 4 | Trade accounts receivable | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. office equipment | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | LaSalle Bank has lien against tools, supplies and office supplies. | | | | | |
| 6 | Misc. tools and supplies | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | LaSalle Bank has lien against tools and supplies. | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $6.15 | Unknown |

**TOTALS (Excluding unknown value)**  

|  | $11,000.00 | $8,000.00 | | $8,163.19 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 10/10/2009 | Security deposit at Amalgamated Bank only potential asset. Have requested branch and details. Got name of new attorneys for escrow fund at Amalgamated. Asked Mr. de 'Medici to make demand for turnover. |
|---|---|
| | Call Gregorio & Assoc., Carl Masters, 2-263-2343 re: proceeds of escrow acct. |
| 01/19/2010 | Bank to cut check w/i 3 days. |
| 04/11/2010 | Got check. Claims need to be objected to. Hire accountant. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2      Exhibit 8

| Case No.: | 09-28148 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WINTERS %26 SONS HVAC, INC. | | | Date Filed (f) or Converted (c): | 07/31/2009 (f) |
| For the Period Ending: | 3/29/2013 | | | §341(a) Meeting Date: | 09/09/2009 |
| | | | | Claims Bar Date: | 12/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/12/2010   Don't need taxes.   5.29.10

10.05.10

Asked de 'Medici to file claim objections.  Have drafted motion to value claim 1 (secured) at zero.  Boa claim is a duplicate.

Sent a letter of direction to Amalgamated Bank to pay funds to me as trustee.  1.14.10

Examined claims, discussed with counsel, only BOA and
M & T claim need attention.


11.18.10  BOA claim resolved with amended claim being filed.  Must file objection to M & T claim.

01/25/2011   Examine claim 10 unsecured priority, priority and secured.  1.25.2011
06/02/2011   Do no lawyer fees final report.  6.2.11
08/05/2011   Motion to Modify claim # 1 on 8/25/2011 @ 10:00 Jusge Hollis.
11/05/2011   Winters HVC final report 644, 10:30 am 10.21.11

Zero balance account 2.12.12


Final account submitted to UST 2.15.12
UST confirmed receipt of final account. 2.22.13

| Initial Projected Date Of Final Report (TFR): | 06/30/2010 | Current Projected Date Of Final Report (TFR): | 09/30/2011 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS %26 SONS HVAC, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1010 | | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $8,155.88 | | $8,155.88 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.97 | $8,152.91 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.15 | $8,139.76 |
| 11/18/2011 | 5001 | Horace Fox Trustee | Trustee Compensation | 2100-000 | | $1,566.32 | $6,573.44 |
| 11/18/2011 | 5002 | District Counsel | Final Claim #: 10; Dividend: 80.75; Amount Allowed: 43,167.48; | 4120-000 | | $6,573.44 | $0.00 |
| | | | **TOTALS:** | | $8,155.88 | $8,155.88 | $0.00 |
| | | | Less: Bank transfers/CDs | | $8,155.88 | $0.00 | |
| | | | Subtotal | | $0.00 | $8,155.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $8,155.88 | |

| For the period of 7/31/2009 to 3/29/2013 | | For the entire history of the account between 07/25/2011 to 3/29/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,155.88 | Total Internal/Transfer Receipts: | $8,155.88 |
| | | | |
| Total Compensable Disbursements: | $8,155.88 | Total Compensable Disbursements: | $8,155.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,155.88 | Total Comp/Non Comp Disbursements: | $8,155.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS %26 SONS HVAC, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | Checking Acct #: | ******8148 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******8148 | Transfer For Bond Payment | 9999-000 | $7.31 | | $7.31 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $7.31 | $0.00 |
| | | | **TOTALS:** | | $7.31 | $7.31 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7.31 | $0.00 | |
| | | | Subtotal | | $0.00 | $7.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $7.31 | |

**For the period of 7/31/2009 to 3/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7.31 |
| | |
| Total Compensable Disbursements: | $7.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/18/2011 to 3/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7.31 |
| | |
| Total Compensable Disbursements: | $7.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-28148 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WINTERS %26 SONS HVAC, INC. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | | Money Market Acct #: | ******8148 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2010 | (3) | Amalgamated Bank | security deposit with union local 73 | 1129-000 | $8,157.04 | | $8,157.04 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.07 | | $8,157.11 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.31 | | $8,157.42 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.35 | | $8,157.77 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.34 | | $8,158.11 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.35 | | $8,158.46 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.34 | | $8,158.80 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.35 | | $8,159.15 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.35 | | $8,159.50 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.34 | | $8,159.84 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.35 | | $8,160.19 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.34 | | $8,160.53 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.35 | | $8,160.88 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.35 | | $8,161.23 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.31 | | $8,161.54 |
| 03/02/2011 | | Transfer To # ******8148 | Transfer For Bond Payment | 9999-000 | | $7.31 | $8,154.23 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.35 | | $8,154.58 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.34 | | $8,154.92 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.35 | | $8,155.27 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.34 | | $8,155.61 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.27 | | $8,155.88 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $8,155.88 | $0.00 |

| | SUBTOTALS | $8,163.19 | $8,163.19 |
|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WINTERS %26 SONS HVAC, INC. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | Money Market Acct #: | ******8148 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/31/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $8,163.19 | $8,163.19 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,163.19 | |
| | | | **Subtotal** | | $8,163.19 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8,163.19 | $0.00 | |

For the period of **7/31/2009** to **3/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,163.19 |

For the entire history of the account between **01/22/2010** to **3/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,163.19 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-28148 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WINTERS %26 SONS HVAC, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1010 | | Money Market Acct #: | ******8148 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,163.19 | $8,163.19 | $0.00 |

**For the period of 7/31/2009 to 3/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $8,163.19 |
| | |
| Total Compensable Disbursements: | $8,163.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,163.19 |
| Total Internal/Transfer Disbursements: | $8,163.19 |

**For the entire history of the case between 07/31/2009 to 3/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,163.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,163.19 |
| Total Internal/Transfer Receipts: | $8,163.19 |
| | |
| Total Compensable Disbursements: | $8,163.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,163.19 |
| Total Internal/Transfer Disbursements: | $8,163.19 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.